# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Sherri Alexander,

    Plaintiff,

    v.                                                  Case No. 1:20cv249

Red Bank Swim School, LLC,                  Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by Plaintiff's Counsel January 11, 2021 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett, Judge
                                                      United States District Court